**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Cary M. Marvel | **Chapter** 13 |
| **Debtor(s)** | **Case No.** 1:13-BK-05220-HWV |

**NOTICE OF CHANGE OF ADDRESS**

The Debtor(s) in the above-referenced matter request a change of mailing address for Debtor(s):

| **FROM** | **TO** |
|---|---|
| Cary M. Marvel<br>652B Fishing Creek Road<br>New Cumberland, PA 17070 | Cary M. Marvel<br>209 Locust Drive<br>New Cumberland, PA 17070 |

| | |
|---|---|
| Date: November 20, 2017 | Movant's Name, Address, Phone Number:<br>Paul D. Murphy-Ahles, Esquire<br>DETHLEFS PYKOSH & MURPHY<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com |