```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 13-05220-HWV
Cary M Marvel                                                   Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1        User: REshelman         Page 1 of 1         Date Rcvd: Nov 21, 2017
                            Form ID: 3180W          Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2017.
```
db              #+Cary M Marvel,    652 B Fishing Creek Road,    New Cumberland, PA 17070-2750
4424891         +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
4403520         +M & T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
4736110         +Sovereign Bank,    P.O. Box 12768,    Reading, PA 19612-2768
4388907          United Collection Bureau, Inc,    5620 Southwyck Blvd,    Suite 206,    Toledo, OH 43614-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4388899         +EDI: BANKAMER2.COM Nov 21 2017 18:58:00      Bank of America,   201 N. Tryon Street,
                  Charlotte, NC 28255-0001
4420317          EDI: BANKAMER.COM Nov 21 2017 18:58:00      Bank of America, N.A.,    NC4-105-02-99,
                  PO Box 26012,    Greensboro, NC 27420-6012
4388900         +EDI: CAPITALONE.COM Nov 21 2017 18:58:00      Cap1/bstby,   P.O. Box 5253,
                  Carol Stream, IL 60197-5253
4388901         +EDI: CITICORP.COM Nov 21 2017 18:58:00      Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
4388902          EDI: DISCOVER.COM Nov 21 2017 18:58:00      Discover Financial Services LLC,    P.O. Box 15316,
                  Wilmington, DE 19850
4391648          EDI: DISCOVER.COM Nov 21 2017 18:58:00      Discover Bank,   DB Servicing Corporation,
                  PO Box 3025,    New Albany, OH  43054-3025
4388904         +EDI: RMSC.COM Nov 21 2017 18:58:00      Gecrb/Walmart DC,    P.O. Box 981400,
                  El Paso, TX 79998-1400
4388903          EDI: RMSC.COM Nov 21 2017 18:58:00      Gecrb/jcp,    P.O. Box 984100,    El Paso, TX 79998
4388905          E-mail/Text: camanagement@mtb.com Nov 21 2017 18:56:28      M&T Bank,    1 Fountain Plaza,
                  Buffalo, NY 14203
4388906         +E-mail/Text: unger@members1st.org Nov 21 2017 18:56:47      Members 1st FCU,    5000 Louise Drive,
                  Mechanicsburg, PA 17055-4899
4448166          EDI: PRA.COM Nov 21 2017 18:58:00      Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk VA 23541
                                                                                              TOTAL: 11

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N..A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Cary M Marvel pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N..A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Cary M Marvel** | Social Security number or ITIN  xxx–xx–7686 |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
|  |  | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **1:13–bk–05220–HWV** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Cary M Marvel

**By the court:**

*[signature: Henry W. Van Eck]*

November 21, 2017

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: REshelman, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                    **Chapter 13 Discharge**                    page 1

Case 1:13-bk-05220-HWV    Doc 43    Filed 11/23/17    Entered 11/24/17 00:48:07    Desc
                         Imaged Certificate of Notice    Page 2 of 3

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**